# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. GENERAL SERVICES ADMINISTRATION, an agency of the United States,<br><br>        Defendant. | NO. 2:20-cv-01233-RSL<br><br>ORDER GRANTING PLAINTIFF STATE OF WASHINGTON'S MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER |

Having considered the State of Washington's Motion for Clarification of Case Management Order, the Court hereby GRANTS the motion. The State of Washington may file a motion for summary judgment prior to the February 25th deadline set forth in the Case Management Order, and that motion may be considered on the noting date as calculated under the Local Civil Rules.

Dated this 7th day of December, 2020.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR CLARIFICATION OF
CASE MANAGEMENT ORDER
NO. 2:20-cv-01233-RSL

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1 | PRESENTED this 4th day of December, 2020.

2 | ROBERT W. FERGUSON
Attorney General

3 |

4 | /s/ Lauryn K. Fraas
LAURYN K. FRAAS, WSBA #53238
NATHAN K. BAYS, WSBA #43025

5 | Assistant Attorneys General
Office of the Attorney General

6 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104

7 | (206) 464-7744
Lauryn.Fraas@atg.wa.gov

8 | Nathan.Bays@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S
MOTION FOR CLARIFICATION OF
CASE MANAGEMENT ORDER
NO. 2:20-cv-01233-RSL

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 4th day of December, 2020, at Seattle, Washington.

/s/ Lauryn K. Fraas
LAURYN K. FRAAS
Assistant Attorney General

ORDER GRANTING PLAINTIFF'S
MOTION FOR CLARIFICATION OF
CASE MANAGEMENT ORDER
NO. 2:20-cv-01233-RSL

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744