UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Case No. 2:20-cv-1233-RSL<br><br>STATUS REPORT AND STIPULATED MOTION |

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. This case involves a February 3, 2020 Freedom of Information Act ("FOIA") request made by the Washington State Attorney General's Office related to the National Archives at Seattle.

2. As the Court is aware, the parties have conferred and resolved disputed issues between them such that the only remaining issue pertains to Plaintiff's request for attorney's fees and costs. Dkt. 16.

3. At this time, counsel for the parties believe that they have reached an agreement in principle, subject to final approval, and are working to negotiate final terms.

4. The parties jointly request additional time to try and reach a negotiated resolution on these issues. The parties agree and stipulate that there is good cause to provide this Court with a status

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1233-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

update regarding progress towards resolution within 14 days.

5.     Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly propose to provide this Court with a status update and/or propose a stipulated briefing schedule within 14 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 29th day of November, 2021.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/*_____<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-4358<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov | *s/*_____<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1233-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 30th day of November, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STATUS REPORT AND STIPULATED MOTION
2:20-cv-1233-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970