UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION,<br><br>              Defendant. | Case No. 2:20-cv-1233-RSL<br><br>AMENDED STATUS REPORT, STIPULATED MOTION, AND ORDER |

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. This case involves a February 3, 2020 Freedom of Information Act ("FOIA") request made by the Washington State Attorney General's Office related to the National Archives at Seattle.

2. As the Court is aware, the parties have conferred and resolved disputed issues between them such that the only remaining issue pertains to Plaintiff's request for attorney's fees and costs. Dkt. 15.

3. The parties jointly request additional time to try and reach a negotiated resolution on these issues. The parties anticipate reaching a final decision regarding a potential settlement within 14 days. Accordingly, the parties agree and stipulate that there is good cause for the Court to provide

AMENDED STATUS REPORT, STIPULATED
MOTION, AND ORDER
2:20-cv-1233-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the parties an additional 14 days to either a file a joint stipulation of dismissal or to propose a stipulated briefing schedule.

4. Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly stipulate that they will either provide this Court with a joint stipulation of dismissal or propose a stipulated briefing schedule within 14 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 29th day of November, 2021.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

AMENDED STATUS REPORT, STIPULATED
MOTION, AND ORDER
2:20-cv-1233-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 30th day of November, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

AMENDED STATUS REPORT, STIPULATED
MOTION, AND ORDER
2:20-cv-1233-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970